UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------X
ALEXANDER J. VIGLIANTE-BILPUH,

Plaintiff,

-against- Civil Action No. 1:26-cv-02165-MAD-PJE

CURALEAF HOLDINGS, INC., CURALEAF, INC.,
CURALEAF HOLDINGS, LLC, CURALEAF NY, LLC,
and FOCUSED EMPLOYER INC.,

Defendants.
--------------------------------------------------------------X

**DEMAND FOR JURY TRIAL**

Plaintiff Alexander J. Vigliante-Bilpuh, by and through his undersigned counsel, hereby demands a trial by jury on all issues so triable in this action.

Dated: October 22, 2026
Albany, New York

**HARDING MAZZOTTI, LLP**

Kelly A. Magnuson

By: Kelly A. Magnuson, Esq. (Bar ID: 519535)
*Attorneys for Plaintiff*
1 Wall Street
Albany, New York 12205
Tel.: (518) 556-3402
Email: Kelly.Magnuson@1800law1010.com